

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
www.flmd.uscourts.gov

# MEMORANDUM

*Rule 40 papers*

## UNITED STATES OF AMERICA

-vs-                                                            Case No. 11-1134-01

## CARLOS ALBERTO HEREU

---

| | |
|---|---|
| DATE: | March 9, 2011 |
| Your Case No.: | 98-6110-CR-~~FERGUSON~~ KAM |
| TO: | United States District Court<br>Southern District of Florida<br>299 E. Broward Blvd.<br>Ft. Lauderdale, FL 33301 |
| FROM: | Maurya McSheehy, Courtroom Deputy for<br>Donald P. Dietrich, United States Magistrate Judge<br>(407) 835-3975<br>U.S. Courthouse<br>401 West Central Boulevard<br>Orlando, Florida 32801 |
| SUBJECT: | Rule 5(c) Proceedings |

The above-styled case originated in your division. Enclosed please find original documents regarding proceedings held in the Middle District of Florida in Orlando, Florida wherein the following action was taken:

| | |
|---|---|
| INITIAL APPEARANCE: | MARCH 8, 2011 |
| RELEASE/DETENTION: | The Defendant was ordered detained and removed to the charging district. |
| SCHEDULED HEARING: | Upon notice by the charging district. |
| CHARGING DOCUMENT: | Indictment |

Enclosures

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:11-mj-01134-DPD All Defendants
## Internal Use Only

Case title: USA v. Hereu

Date Filed: 03/08/2011
Date Terminated: 03/08/2011

Assigned to: Magistrate Judge Donald Paul Dietrich

### Defendant (1)

**Carlos Alberto Hereu**
*TERMINATED: 03/08/2011*

represented by **James Wesley Smith , III**
Federal Public Defender's Office
Suite 300
201 S Orange Ave
Orlando, FL 32801
407/648-6338
Fax: 407/648-6095
Email: james_smith@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U. S. DISTRICT COURT
By: [signature]
Deputy Clerk

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:846=MD.F CONSPIRACY TO DISTRIBUTE MARIJUANA, 21:841A=MD.F MARIJUANA - SELL, DISTRIBUTE, OR DISPENSE | |

**Plaintiff**

USA     represented by   **J. Bishop Ravenel**
US Attorney's Office - FLM*
Suite 300
501 W Church St
Orlando, FL 32805
407/648-7520
Fax: 407/648-7643
Email: Bishop.Ravenel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date | | |
|---|---|---|

| Filed | # | Docket Text |
|---|---|---|
| 03/08/2011 | 1 | Arrest - Rule 5(c)(2) of Carlos Alberto Hereu. (MAM) (Entered: 03/09/2011) |
| 03/08/2011 | 2 | Minute Entry for proceedings held before Magistrate Judge Donald Paul Dietrich: Initial Appearance in Rule 5(c)(3) Proceedings as to Carlos Alberto Hereu held on 3/8/2011. (DIGITAL) (Attachments: # 1 Indictment from Southern District of Florida) (MAM) (Entered: 03/09/2011) |
| 03/08/2011 | 3 | WAIVER of Rule 5(c)(2) hearings by Carlos Alberto Hereu. (MAM) (Entered: 03/09/2011) |
| 03/08/2011 | 4 | ***CJA 23 financial affidavit by Carlos Alberto Hereu. (MAM) (Entered: 03/09/2011) |
| 03/08/2011 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Carlos Alberto Hereu. Signed by Magistrate Judge Donald Paul Dietrich on 3/8/2011. (MAM) Copies mailed/emailed. (Entered: 03/09/2011) |
| 03/08/2011 | 6 | ORDER of removal pursuant to rule 5(c)(2) to District of Southern District of Florida as to Carlos Alberto Hereu Signed by Magistrate Judge Donald Paul Dietrich on 3/8/2011. (MAM) Copies mailed/emailed. (Entered: 03/09/2011) |
| 03/08/2011 | 7 | COMMITMENT to another district as to Carlos Alberto Hereu. Defendant committed to Southern District of Florida. Signed by Magistrate Judge Donald Paul Dietrich on 3/8/2011. (MAM) Copies mailed/emailed. (Entered: 03/09/2011) |
| 03/09/2011 | 8 | TRANSFER Rule(5)(c) to Southern District of Florida as to Carlos Alberto Hereu. (MAM) (Entered: 03/09/2011) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

CARLOS ALBERTO HEREU

Case No. 6:11-mj-1134

AUSA: Bishop Ravenel
Defense Atty.: James Smith

| JUDGE | Donald P. Dietrich<br>United States Magistrate Judge | DATE AND TIME | March 8, 2011<br>3:41 pm - 3:49 pm |
|---|---|---|---|
| DEPUTY CLERK | Maurya McSheehy | TAPE/REPORTER | DIGITAL |
| INTERPRETER | None | PRETRIAL/PROB: | Glen Hendrickson |

## Clerk's Minutes
## INITIAL APPEARANCE RULE 5(c)
## From Southern District of Florida

### Defendant was arrested 3/7/11

Case called, appearances taken
Procedural setting by the Court
Defendant requests appointment of counsel
Court appoints Federal Public Defender
Agent identified defendant
Government summarizes charges
Defendant admits identity
Court advises defendant of charges and rights
Government seeks detention
Defendant requests any hearings be held in charging district
Court to enter order of removal and commitment

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

11-mj-1134

CASE NO. 98-6110 CR-FERGUSON
                              KAM
                    MAGISTRATE JUDGE
                              SNOW

21 USC 846
21 USC 841(a)(1)
21 USC 856(a)(1)
18 USC 2

UNITED STATES OF AMERICA

vs.

CARLOS ALBERTO HEREU,
 a/k/a "Carlos Rodriguez,"
 a/k/a "Charles Rodriguez" and
PABLO ROBERT BELLO,
 a/k/a "Roberto Rodriguez"

INDICTMENT

The Grand Jury Charges that:

COUNT I

From on or about June 1, 1997, through on or about November 20, 1997, at Plantation, Broward County, in the Southern District of Florida, and elsewhere, the defendants,

CARLOS ALBERTO HEREU,
a/k/a "Carlos Rodriguez,"
a/k/a "Charles Rodriguez" and
PABLO ROBERT BELLO,
a/k/a "Roberto Rodriguez,"

did knowingly and intentionally combine, conspire, confederate and agree with each other to manufacture and possess with intent to distribute a Schedule I controlled substance, that is, a mixture

and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT II

From on or about June 1, 1997, through on or about November 20, 1997, at Plantation, Broward County, in the Southern District of Florida, and elsewhere, the defendants,

> CARLOS ALBERTO HEREU,
> a/k/a "Carlos Rodriguez,"
> a/k/a "Charles Rodriguez" and
> PABLO ROBERT BELLO,
> a/k/a "Roberto Rodriguez,"

did knowingly and intentionally manufacture a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT III

From on or about June 1, 1997, through on or about November 20, 1997, at Plantation, Broward County, in the Southern District of Florida, the defendants,

> CARLOS ALBERTO HEREU,
> a/k/a "Carlos Rodriguez,"
> a/k/a "Charles Rodriguez" and
> PABLO ROBERT BELLO,
> a/k/a "Roberto Rodriguez,"

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title

- 2 -

21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT IV

From on or about June 1, 1997, through on or about November 20, 1997, at Plantation, Broward County, in the Southern District of Florida, the defendants,

> CARLOS ALBERTO HEREU,
> a/k/a "Carlos Rodriguez,"
> a/k/a "Charles Rodriguez" and
> PABLO ROBERT BELLO,
> a/k/a "Roberto Rodriguez,"

knowingly and intentionally maintained a place, that is, the premises located at 9021 N. Lake Dasha Drive, Plantation, Florida, for the purpose of manufacturing a Schedule I controlled substance, that is, marijuana; in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DAVID P. CORA
ASSISTANT UNITED STATES ATTORNEY

- 3 -

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

Case No. 11-1134-01

Charging District's Case No. 98-6110-CR-~~FERGUSON~~ KAM

**CARLOS ALBERTO HEREU**

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I, understand that I have been charged in another district, the Southern District of Florida

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted - to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed.R.Crim.P. 20, to plead guilty.

**I AGREE TO WAIVE MY RIGHT(s) TO:**

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing

☐ a detention hearing

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
March 8, 2011

_____
Signature of defendant's attorney

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States v.s. Herein

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____
If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED   SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
VALUE   DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents _____
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ Carlos Perin
(OR PERSON REPRESENTED)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                              Case No. 11-1134-01

CARLOS ALBERTO HEREU

_____

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant for proceedings in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on March 8, 2011.

_____
DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
United States Probation Office
Asst. Federal Public Defender
Pretrial Services Office

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                                     Case No. 11-1134-01

CARLOS ALBERTO HEREU

_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 5(c) FED.R.CRIM.P.

**CARLOS ALBERTO HEREU**, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Indictment from Southern District of Florida was held on March 8, 2011.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **CARLOS ALBERTO HEREU** is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that **CARLOS ALBERTO HEREU** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, this _____ day of March, 2011.

DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Charging District
United States Attorney
United States Marshal
Pretrial Services Office
Defense Counsel

AO 94 (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. **11-1134-01** |
| ) | |
| **CARLOS ALBERTO HEREU** ) | Charging District's |
| *Defendant* ) | Case No. 98-6110-CR - KAM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Southern___ District of ___Florida___.

The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

**Date:** Mar 8, 2011